Riches v. Kornblum et al
Case 7:08-cv-00176-sgw-mfu Document 1 Filed 02/15/2008 Page 1 of 2
Doc. 1

United States District Court
Western District of Virginia

Jonathan Lee Riches ©, Jimmy Faloon,
Plaintiff's

v.

Janet Kornblum d/b/a USA Today Reporter,
Kate Naseef d/b/a USA Today Reporter,
Defendant's

Civil No: 7:08-CV-00176

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
Roanoke
FEB 15 2008
JOHN F CORCORAN, CLERK
BY: K. Bauserman
DEPUTY CLERK

Class Action Suit. Complaint 42 USC 1983

42 USC 1983 and civil rights. My Rights are violated. Defendants want report that Solitary Confinement is torture under the Geneva Convention. I seek $26 million. I'm injured and cold.

TRO Plaintiffs seek

Respectfully Submitted
Jonathan Lee Riches ©

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

PLORENCE SC 295

12 FEB 2008 PM 2 L

LET US DARE TO
THINK, SPEAK,
John Adams, 1765
powerofthele

United States District Court
Western District of Virginia
Clerk of Court
U.S. Courthouse
116 N. Main St.
Harrisonburg, Virginia 22802

22802+3632